IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


United States of America,                                    Case No. 3:12cv359-2

        Plaintiff(s)

   -v-                                                                      ORDER

Charles Johnson,

        Defendant(s)



A pretrial conference having been held January 22, 2013, it is hereby

Ordered that:

1. Further pretrial conference scheduled for March 18, 2013 at 1:00 p.m. Counsel and defendant to appear in person.  Court imposed a plea deadline of March 18, 2013.

2. Upon request of defendant and consent of the government, the Court finds that the time period from January 9, 2013 to March 18, 2013, the date of the pretrial conference, is excludable under 18 U.S.C. § 3161(h)(7), because the ends of justice is served by taking this action, which outweigh the best interests of the public and the defendant in a speedy trial. This time will allow the defendant reasonable time to investigate and review discovery recently turned over by the government.  The additional time will allow the defendant to enjoy fully his right to counsel.


So ordered.


 s/ Jeffrey J. Helmick
United States District Judge